UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KULDEEP KAUR MANGAT, ) | |
| ) | CASE NO. C13-1074-MJP-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 18.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall: (1) conduct a new hearing, further develop the record, and issue a new decision; (2) reevaluate and further develop the medical evidence or record; (3) reevaluate steps two and three of the sequential evaluation

REPORT AND RECOMMENDATION
PAGE -1

process; (4) reevaluate plaintiff's credibility pursuant to Social Security Ruling (SSR) 96-7p; (5) reevaluate plaintiff's RFC pursuant to SSR 96-8p; (6) reevaluate plaintiff's past relevant work in accordance with SSR 82-41 and SSR 82-61; and (7) reevaluate step five of the sequential evaluation process with the assistance of a vocational expert, as necessary.  Upon proper application, the Court will consider plaintiff's application for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq*.

The Court recommends that Chief United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this <u>2nd</u> day of December, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
Chief United States Magistrate Judge