01

02

03

04

05                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
06                                    AT SEATTLE

07  KULDEEP KAUR MANGAT,                    )
                                            )    CASE NO. C13-1074-MJP
08          Plaintiff,                      )
                                            )
09          v.                              )
                                            )    ORDER OF REMAND
10  CAROLYN W. COLVIN, Acting               )
    Commissioner of Social Security,        )
11                                          )
            Defendant.                       )
12  _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, and the Report and Recommendation of United States Magistrate

15  Judge Mary Alice Theiler.   It is therefore ORDERED:

16          (1)     The Court adopts the Report and Recommendation;

17          (2)     The Court REMANDS this matter for further administrative proceedings; and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 16th day of December, 2013.

20

21                                          _____
                                            Marsha J. Pechman
22                                          Chief United States District Judge

ORDER OF REMAND
PAGE -1